IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**MLR INVESTMENT GROUP, LLC and GILBERTO MARTINEZ,**

    Plaintiffs,

v.

**PATE INSURANCE AGENCY, INC.**,

    Defendant.

Civil Action No. 7:12-CV-118 (HL)

## ORDER

This case is before the Court on Defendant's Motion to Quash Subpoena (Doc. 29). A telephonic hearing was held on April 30, 2013. As stated during the hearing, the Motion to Quash is granted, in part, and ruling is reserved, in part.

Request No. 5 contained in the subpoena to State Farm Fire & Casualty Company is quashed in its entirety. The Court reserves ruling on Request No. 1.

Defendant is ordered to produce for an in camera review a complete copy of the claims file for claim number 11-L409-395 for the claim which occurred on or about November 8, 2010 at 2763 Howell Road, Valdosta. This file should be delivered to the Court no later than May 10, 2013 and should contain a privilege log outlining each document Defendant contends is protected by attorney-client privilege or the work product doctrine. Defendant is also ordered to list every

document contained in the file it believes is discoverable and that was or will be produced to Plaintiffs voluntarily.

Counsel for Plaintiff is ordered to file a response to the Motion to Quash as to Request No. 1 no later than May 10, 2013. The response should contain legal citations and legal argument as to why Plaintiffs contend the entire claims file is discoverable.

Defendants will be allowed the standard 14 days to file their reply brief.

**SO ORDERED**, this the 1st day of May, 2013.

                               *s/ Hugh Lawson*_____
                               **HUGH LAWSON, SENIOR JUDGE**

mbh