# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**MLR INVESTMENT GROUP, LLC and GILBERTO MARTINEZ,**

    Plaintiffs,

v.

**PATE INSURANCE AGENCY, INC.**,

    Defendant.

Civil Action No. 7:12-CV-118 (HL)

## ORDER

On May 1, 2013, the Court entered an order on Defendant's Motion to Quash Subpoena (Doc. 29). The motion was granted as to Request No. 5 contained in the subpoena to State Farm Fire & Casualty Company, but the Court reserved ruling as to Request No. 1 until an in camera review of the claim file could be completed.

The parties have now notified the Court that they have reached an agreement as to Request No. 1, so the document review is not necessary. As requested by the parties, the Motion to Quash Subpoena as to Request No. 1 is granted.

**SO ORDERED**, this the 15th day of May, 2013.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

mbh